# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

COURTNEY B. COLLINS                                              PLAINTIFF

VERSUS                            CIVIL ACTION NO: 5:08-cv-203-DCB-JMR

MARSHAL FISHER, AS DIRECTOR OF
THE MISSISSIPPI BUREAU OF NARCOTICS,
KYLE REYNOLDS, PHILLIP POPE AND WILLIE
WATKINS, AS AGENTS/EMPLOYEES OF THE
MISSISSIPPI BUREAU OF NARCOTICS                                 DEFENDANTS

## ORDER

This cause comes before the Court on the defendants' Motions to Extend the Motions Deadline [docket entry nos. 21, 22, 23, 24]. Therein, the defendants seek leave to file a summary judgment motion outside the time scheduled for the filing of dispositive motions. Having carefully considered said Motion, Response, applicable statutory and case law, and being otherwise fully advised in the premises, the Court finds and orders as follows:

The motion deadline in this case expired on January 15, 2010. Nevertheless, the issues presented before this Court by the defendants are substantial questions of law which must be decided before the case may proceed to trial. Because the plaintiff has requested a bench trial and in the interest of judicial economy, the Court finds that the plaintiff will not be prejudiced by the filing of a summary judgment motion. For these reasons, the defendants motions are well-taken.

The defendants shall file their summary judgment motion on or before May 24, 2010 regarding the same legal issues presented in

their Motions to Extend the Motion Deadline.  The plaintiff must respond on or before June 7, 2008.  Any rebuttal must be filed on or before June 11, 2010.  No other motions or briefs shall be filed except for those stated herein.

Inasmuch as the plaintiff is granted additional time to file his motion, the Court finds that in the interest of justice the trial for this matter is continued until the trial calender beginning on August 2, 2010, with a specific trial date, if any, to be determined at the pretrial conference.  Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's Motions to Extend the Motions Deadline [docket entry nos. 21, 22, 23, 24] are **GRANTED.**

**IT IS FURTHER ORDERED** that no other motions or briefs are to be filed in this matter except for those stated herein.

**SO ORDERED AND ADJUDGED** this the 20th day of May 2010.

    s/ David Bramlette
**UNITED STATES DISTRICT JUDGE**